# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| SHEIKEL JAMISON, | ) | |
| Movant, | ) ) ) | |
| v. | ) ) | Case No. CV611-006 CR606-026 |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

## CORRECTED REPORT AND RECOMMENDATION

The Court **CORRECTS** its earlier Report and Recommendation (CV611-006 doc. 6) to correct the typographical errors on page 5: citations there to "18 U.S.C. § 841(b)(1)(*A*)" and "18 U.S.C. § 841(b)(1)(*B*)" are replaced with "21 U.S.C. § 841(b)(1)(*A*)" and "21 U.S.C. § 841(b)(1)(*B*)."

**SO REPORTED AND RECOMMENDED** this  14th  day of April, 2011.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA